UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON OMAR LOPEZ-PINEDA,<br><br>                            Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, U.S.<br>Department of Homeland Security, et al.,<br><br>                            Respondents. | Case No.:  3:26-cv-2374-CAB-AHG<br><br>**ORDER REQUIRING A BOND<br>HEARING** |

Pending before the Court is Milton Omar Lopez-Pineda's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner claims that Immigration and Customs Enforcement ("ICE") has erroneously classified him as subject to mandatory detention under 8 U.S.C. § 1225, instead of § 1226(a).  [Petition at 10–11.]

Respondents argue that Petitioner is subject to mandatory detention under § 1225(b)(2), but "acknowledge[] that this Court, and Courts in this District, have repeatedly reached the opposite conclusion under the same and/or similar facts" and so "do[] not oppose the petition[.]"  [Doc. No. 6 at 2–3.]

The Court thus **ORDERS** Respondents to provide Petitioner Milton Omar Lopez-Pineda an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **May 18, 2026**.  The Clerk of the Court shall

close the case on May 22, 2026 unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated: May 4, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2374-CAB-AHG